IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>GRADY NIXON III 182482</u>        )
Full name and prison number of      )
plaintiff(s)                        )
                                    )
            v.                      )   CIVIL ACTION NO. <u>3:07-CV-517-WKW</u>
                                    )   (To be supplied by the Clerk of the
<u>Commissioner Richard Allen</u>   )    U.S. District Court)
                                    )
<u>P.H.S. Prisioner Health Servkes</u> )
                                    )
<u>Secure Pharmacy +</u>            )
                                    )
<u>Max/Correctional Pharmacy Service</u> )
Name of person(s) who violated      )
your constitutional rights.         )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

     A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

     B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

     C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

         1.  Parties to this previous lawsuit:
             Plaintiff(s) _____N/A_____

             Defendant(s) _____

         2.  Court (if federal court, name the district; if state court, name the county)
             _____N/A_____

         3.  Docket No. _____N/A_____

         4.  Name of Judge to whom case was assigned _____N/A_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6.  Approximate date of filing lawsuit ___N/A___

7.  Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT Alex City Work Release Alex City, AL. 35011

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Alex City Work Release P.O. Drawer 160 35011

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commissioner Richard Allen | 301 S. Ripley St. Montg., AL. 36130 |
| 2. | Alabama Dept. of Corrections | 301 S. Ripley St. Montg., AL. 36130 |
| 3. | P.H.S. Prisioners Health Service | |
| 4. | Secure Pharmacy + | 415 Lindsay Polk Dr. |
| 5. | Max/Correctional Pharmacy Service | Suite 515 Franklin, TN. 37067 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5/24/2007 5/25/2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation IV Amendment United States Constitution

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Right to be Medically observed after striking head on floor after passing out. No medical doctor and/or specialist after given wrong medication

GROUND TWO: Violation 14TH and 8TH Amendment to the United States Constitution

SUPPORTING FACTS: Being put in Jeopardy of Life and the Deprivation of Liberty, having been cruelly treated as a result and not recieving continued fully follow-up in light of the fact there has been problems of late as a result of taking wrong medication

GROUND THREE: 8TH & 9TH Amendment Violations

SUPPORTING FACTS: 8TH Plantiff brings before this serious allegations of abuse and intentional neglect after being given the wrong medicine and passing out, striking back, head, arm and sholder

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Each named, or future named defendants pay to plaintiff $250,000.00 EA in damages and/or Liabiity for current injuries/damages, plus any future health or medical care as a result of these injuries coupled with any educational or re-training

_Drolly Nixon III_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 29 May 2007.
(date)

_Drolly Nixon III_
Signature of plaintiff(s)

-3-

BRODY NIXON III
189452
P.O. DRAWER 160
ALEXANDER CITY, AL
35011

BIRMINGHAM AL 352
11 JUN 2007 PM 6 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711