Grady Nixon, III, 182482

PLAINTIFF,
V.

COMMISSIONER RICHARD ALLEN
et al.,
DEFENDANTS.

CASE #: 3:07-CV-517-WKW

## MOTION FOR EXTENTION OF TIME

Comes Now the Plaintiff Grady Nixon III, in this action, herein after referred to as Plaintiff and respectfully request this Honorable Court for an Extension of time to totally and fully present to said Court the Necessary Inmate Account Statement Reflecting Balances and Such as Ordered by the Courts, as dated 18 June 2007.

## AFFIDIVATE TO SUPPORT

After Recieving said Order, (Dated 18 June 07,) on or about 21 June 07, Letter was Forwarded to A Grady Nixon (SR) 1405 E. Decatur St., Tuscumbia, AL 35674, where upon it was then Returned to, Grady Nixon (III), Post-Marked June 29TH, Recieved at Alex-City Work Release Sometime Between June 30TH and July 1ST; Letter was DETAINED, By the Work Release Staff and Released to Plaintiff on the, 3RD of July, at which the Staff Notary was Not at the Facility until the 2ND of July Due to Regularly Scheduled of Day, Coupled with the Plaintiff's Scheduled work Day Sunday and Monday, at which Time Plaintiff gets off work after Notary Leaves work; Wherefore Plaintiff Prays for Relief Sought, with Court Ordered Documents to Follow Within 6 Working Days; Thanking you in Advance.

Respectfully Submitted
*Grady Nixon III*

Sworn to and Subscribed Before Me, this the 2ND day of July, 2007.

My Commission Expires July 7, 2010

NOTARY