IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GRADY NIXON III, #182 482          *

    Plaintiff,                     *

v.                                 *          3:07-CV-517-WKW

COMMISSIONER RICHARD ALLEN         *
*et al.*,
    Defendants.                    *

_____

**O R D E R**

Pending before the court is Plaintiff's motion for extension of time to comply with the court's June 18, 2007 order directing him to file an inmate account statement reflecting the average monthly balances and deposits to his prison account for the 6-month period immediately preceding the filing of this complaint. Upon consideration of the motion, it is ORDERED that:

    1. Plaintiff's motion for extension of time (Doc. No. 4) is GRANTED;

    2. Plaintiff is GRANTED an extension from July 2, 2007 to July 19, 2007 to comply with the court's June 18 order.

    Done, this 6th day of July 2007.

                                               /s/ Terry F. Moorer
                                               TERRY F. MOOER
                                               UNITED STATES MAGISTRATE JUDGE