```
                            STATE OF ALABAMA                    INMACP
                          DEPARTMENT OF CORRECTIONS
                            ALEXANDER CITY CBF                  RECEIVED

                                                                2007 JUL 24  A 9:56
          TRANSACTION INFORMATION BY AIS# FROM DEC. 01, 2006 THRU JUL. 17, 2007

                                                                    A. HACKETT
                                                                 DISTRICT COURT
  AIS#: 182482        NAME: NIXON, GRADY III      BED NBR: B01044A   PMOD BALANCE:  $134.55
                                                                                DISTRICT AL
```

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 12/22/2006 | $ .00 | R SAMFORD | 2007001553 | MISC RECEIPTS | $ 35.00 | $ .00 | $ 35.00 |
| 01/08/2007 | $ 35.00 | 010507 MAMA ELL | 2007001860 | W/R PAYROLLS | $ 48.22 | $ .00 | $ 83.22 |
| 01/08/2007 | $ 83.22 | INST. TRANSFER | 2007001925 | MISC RECEIPTS | $ .81 | $ .00 | $ 84.03 |
| 01/08/2007 | $ 84.03 | THE INMATE | 2007003839 | MISC WITHDRAWAL | $ 20.00 | N/A | $ 64.03 |
| 01/10/2007 | $ 64.03 | PAT EDMONDSON | 2007003995 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 51.53 |
| 01/16/2007 | $ 51.53 | RUBY N. SANFORD | 2007001963 | MISC RECEIPTS | $ 30.00 | $ .00 | $ 81.53 |
| 01/17/2007 | $ 81.53 | 011207 MAMA ELL | 2007002045 | W/R PAYROLLS | $ 82.67 | $ .00 | $ 164.20 |
| 01/23/2007 | $ 164.20 | THE INMATE | 2007004581 | MISC WITHDRAWAL | $ 30.00 | N/A | $ 134.20 |
| 01/30/2007 | $ 134.20 | 011907 MAMA ELL | 2007002325 | W/R PAYROLLS | $ 70.85 | $ .00 | $ 205.05 |
| 01/30/2007 | $ 205.05 | 012607 MAMA ELL | 2007002326 | W/R PAYROLLS | $ 82.67 | $ .00 | $ 287.72 |
| 02/02/2007 | $ 287.72 | | 2007004974 | TRANSPORTATION | $ 20.00 | N/A | $ 267.72 |
| 02/06/2007 | $ 267.72 | THE INMATE | 2007005143 | MISC WITHDRAWAL | $ 40.00 | N/A | $ 227.72 |
| 02/06/2007 | $ 227.72 | PAT EDMONDSON | 2007005286 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 215.22 |
| 02/13/2007 | $ 215.22 | 020207 MAMA ELL | 2007002570 | W/R PAYROLLS | $ 70.85 | $ .00 | $ 286.07 |
| 02/13/2007 | $ 286.07 | 020907 MAMA ELL | 2007002571 | W/R PAYROLLS | $ 45.18 | $ .00 | $ 331.25 |
| 02/14/2007 | $ 331.25 | | 2007005494 | TRANSPORTATION | $ 30.00 | N/A | $ 301.25 |
| 02/15/2007 | $ 301.25 | | 2007005640 | TRANSPORTATION | $ 25.00 | N/A | $ 276.25 |
| 02/20/2007 | $ 276.25 | THE INMATE | 2007005835 | MISC WITHDRAWAL | $ 50.00 | N/A | $ 226.25 |
| 02/27/2007 | $ 226.25 | | 2007006040 | TRANSPORTATION | $ 30.00 | N/A | $ 196.25 |
| 03/02/2007 | $ 196.25 | | 2007006205 | TRANSPORTATION | $ 25.00 | N/A | $ 171.25 |

```
                    PAGE:    1        X = C.O.P. ESCROW    * = ERROR IN BALANCES
```

STATE OF ALABAMA  
DEPARTMENT OF CORRECTIONS  
ALEXANDER CITY CBF  

INMACP

TRANSACTION INFORMATION BY AIS# FROM DEC. 01, 2006 THRU JUL. 17, 2007

AIS#: 182482    NAME: NIXON, GRADY III    BED NBR: B01044A    PMOD BALANCE:    $194.55

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 03/06/2007 | $ 171.25 | THE INMATE | 2007006364 | MISC WITHDRAWAL | $ 40.00 | N/A | $ 131.25 |
| 03/06/2007 | $ 131.25 | | 2007006497 | TRANSPORTATION | $ 5.00 | N/A | $ 126.25 |
| 03/07/2007 | $ 126.25 | 030207 MAMA ELL | 2007003142 | W/R PAYROLLS | $ 70.85 | $ .00 | $ 197.10 |
| 03/09/2007 | $ 197.10 | PAT EDMONDSON | 2007006652 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 184.60 |
| 03/13/2007 | $ 184.60 | 030907 MAMA ELL | 2007003210 | W/R PAYROLLS | $ 62.00 | $ 20.67 | $ 246.60 |
| 03/15/2007 | $ 246.60 | | 2007007022 | TRANSPORTATION | $ 30.00 | N/A | $ 216.60 |
| 03/21/2007 | $ 216.60 | 031607 MAMA ELL | 2007003416 | W/R PAYROLLS | $ 62.00 | $ 20.67 | $ 278.60 |
| 03/26/2007 | $ 278.60 | THE INMATE | 2007007316 | MISC WITHDRAWAL | $ 50.00 | N/A | $ 228.60 |
| 03/30/2007 | $ 228.60 | | 2007007506 | TRANSPORTATION | $ 30.00 | N/A | $ 198.60 |
| 04/02/2007 | $ 198.60 | 032307 MAMA ELL | 2007003616 | W/R PAYROLLS | $ 62.01 | $ 20.67 | $ 260.61 |
| 04/03/2007 | $ 260.61 | 033007 MAMA ELL | 2007003707 | W/R PAYROLLS | $ 43.55 | $ 14.52 | $ 304.16 |
| 04/03/2007 | $ 304.16 | | 2007007653 | TRANSPORTATION | $ 30.00 | N/A | $ 274.16 |
| 04/09/2007 | $ 274.16 | THE INMATE | 2007007853 | MISC WITHDRAWAL | $ 50.00 | N/A | $ 224.16 |
| 04/09/2007 | $ 76.53 | CASE #2003-000089 | 2007007935 | C.O.P. DISB.-01 | $ 76.53 | N/A | $ .00 X |
| 04/11/2007 | $ 224.16 | PAT EDMONDSON | 2007008109 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 211.66 |
| 04/16/2007 | $ 211.66 | 040607 MAMA ELL | 2007003934 | W/R PAYROLLS | $ 53.14 | $ 17.71 | $ 264.80 |
| 04/16/2007 | $ 264.80 | | 2007008296 | TRANSPORTATION | $ 25.00 | N/A | $ 239.80 |
| 04/17/2007 | $ 239.80 | 041307 MAMA ELL | 2007004028 | W/R PAYROLLS | $ 62.00 | $ 20.67 | $ 301.80 |
| 04/18/2007 | $ 301.80 | | 2007008464 | TRANSPORTATION | $ 30.00 | N/A | $ 271.80 |
| 04/25/2007 | $ 271.80 | THE INMATE | 2007008655 | MISC WITHDRAWAL | $ 60.00 | N/A | $ 211.80 |

PAGE:    2        X = C.O.P. ESCROW    * = ERROR IN BALANCES

```
                              STATE OF ALABAMA                        INMACP
                           DEPARTMENT OF CORRECTIONS
                              ALEXANDER CITY CBF


            TRANSACTION INFORMATION BY AIS# FROM DEC. 01, 2006 THRU JUL. 17, 2007


   AIS#: 182482          NAME: NIXON, GRADY III      BED NBR: B01044A        PMOD BALANCE:    $194.55
```

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 04/26/2007 | $ 211.80 |                   | 2007008830 | TRANSPORTATION  | $ 20.00 | N/A      | $ 191.80 |
| 05/01/2007 | $ 191.80 | 042007 MAMA ELL   | 2007004289 | W/R PAYROLLS    | $ 43.55 | $ 14.52  | $ 235.35 |
| 05/01/2007 | $ 235.35 | 042707 MAMA ELL   | 2007004290 | W/R PAYROLLS    | $ 53.14 | $ 17.71  | $ 288.49 |
| 05/02/2007 | $ 288.49 |                   | 2007009011 | TRANSPORTATION  | $ 30.00 | N/A      | $ 258.49 |
| 05/03/2007 | $ 258.49 |                   | 2007009161 | TRANSPORTATION  | $ 25.00 | N/A      | $ 233.49 |
| 05/08/2007 | $ 233.49 | THE INMATE        | 2007009375 | MISC WITHDRAWAL | $ 60.00 | N/A      | $ 173.49 |
| 05/08/2007 | $ 70.61  | CASE #2003-000089 | 2007009463 | C.O.P. DISB.-01 | $ 70.61 | N/A      | $ .00 X |
| 05/08/2007 | $ 173.49 | PAT EDMONDSON     | 2007009625 | MISC WITHDRAWAL | $ 12.50 | N/A      | $ 160.99 |
| 05/16/2007 | $ 160.99 | 050407 MAMA ELL   | 2007004611 | W/R PAYROLLS    | $ 58.81 | $ 19.60  | $ 219.80 |
| 05/16/2007 | $ 219.80 | 051107 MAMA ELL   | 2007004612 | W/R PAYROLLS    | $ 52.16 | $ 17.39  | $ 271.96 |
| 05/16/2007 | $ 271.96 |                   | 2007009830 | TRANSPORTATION  | $ 20.00 | N/A      | $ 251.96 |
| 05/21/2007 | $ 251.96 | 051807 MAMA ELL   | 2007004722 | W/R PAYROLLS    | $ 52.16 | $ 17.39  | $ 304.12 |
| 05/21/2007 | $ 304.12 | THE INMATE        | 2007010075 | MISC WITHDRAWAL | $ 60.00 | N/A      | $ 244.12 |
| 05/30/2007 | $ 244.12 | 052507 MAMA ELL   | 2007004870 | W/R PAYROLLS    | $ 53.14 | $ 17.71  | $ 297.26 |
| 05/31/2007 | $ 297.26 |                   | 2007010237 | TRANSPORTATION  | $ 25.00 | N/A      | $ 272.26 |
| 06/06/2007 | $ 272.26 | 060107 MAMA ELL   | 2007005122 | W/R PAYROLLS    | $ 33.88 | $ 11.30  | $ 306.14 |
| 06/06/2007 | $ 306.14 |                   | 2007010402 | TRANSPORTATION  | $ 30.00 | N/A      | $ 276.14 |
| 06/13/2007 | $ 276.14 | THE INMATE        | 2007010667 | MISC WITHDRAWAL | $ 60.00 | N/A      | $ 216.14 |
| 06/13/2007 | $ 83.39  | CASE #2003-000089 | 2007010761 | C.O.P. DISB.-01 | $ 83.39 | N/A      | $ .00 X |
| 06/14/2007 | $ 216.14 | 060807 MAMA ELL   | 2007005286 | W/R PAYROLLS    | $ 47.99 | $ 16.00  | $ 264.13 |

```
                        STATE OF ALABAMA                                INMACP
                     DEPARTMENT OF CORRECTIONS
                        ALEXANDER CITY CBF


            TRANSACTION INFORMATION BY AIS# FROM DEC. 01, 2006 THRU JUL. 17, 2007


   AIS#: 182482         NAME: NIXON, GRADY III      BED NBR: B01044A      PMOD BALANCE:     $194.55
```

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 06/14/2007 | $ 264.13 |  | 2007010949 | TRANSPORTATION | $ 30.00 | N/A | $ 234.13 |
| 06/15/2007 | $ 234.13 |  | 2007011105 | TRANSPORTATION | $ 20.00 | N/A | $ 214.13 |
| 06/18/2007 | $ 214.13 | 061507 MAMA ELL | 2007005411 | W/R PAYROLLS | $ 59.80 | $ 19.93 | $ 273.93 |
| 06/19/2007 | $ 273.93 | PAT EDMONDSON | 2007011301 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 261.43 |
| 06/26/2007 | $ 261.43 | THE INMATE | 2007011527 | MISC WITHDRAWAL | $ 60.00 | N/A | $ 201.43 |
| 06/28/2007 | $ 201.43 | 062207 MAMA ELL | 2007005689 | W/R PAYROLLS | $ 52.16 | $ 17.39 | $ 253.59 |
| 06/28/2007 | $ 253.59 |  | 2007011721 | TRANSPORTATION | $ 15.00 | N/A | $ 238.59 |
| 07/02/2007 | $ 53.32 | CASE #2003-000089 | 2007011825 | C.O.P. DISB.-01 | $ 53.32 | N/A | $ .00 X |
| 07/03/2007 | $ 238.59 | 062907 MAMA ELL | 2007005834 | W/R PAYROLLS | $ 42.58 | $ 14.19 | $ 281.17 |
| 07/03/2007 | $ 281.17 |  | 2007012041 | TRANSPORTATION | $ 25.00 | N/A | $ 256.17 |
| 07/06/2007 | $ 256.17 | 070607 MAMA ELL | 2007005933 | W/R PAYROLLS | $ 35.88 | $ 11.96 | $ 292.05 |
| 07/09/2007 | $ 292.05 | THE INMATE | 2007012247 | MISC WITHDRAWAL | $ 60.00 | N/A | $ 232.05 |
| 07/11/2007 | $ 232.05 | PAT EDMONDSON | 2007012439 | MISC WITHDRAWAL | $ 12.50 | N/A | $ 219.55 |
| 07/11/2007 | $ 219.55 |  | 2007012601 | TRANSPORTATION | $ 25.00 | N/A | $ 194.55 |

```
                                        TOTALS:            $ 3,023.40     $ 310.00


                          LAST PAGE:    4         X = C.O.P. ESCROW      * = ERROR IN BALANCES
```

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                   ALEXANDER CITY CBF

 AIS #: 182482     NAME: NIXON, GRADY III         AS OF: 12/01/2007

                   # OF      AVG DAILY      MONTHLY
         MONTH     DAYS      BALANCE        DEPOSITS
 ------------------------------------------------------------------

         DEC       30        $11.66         $35.00
         JAN       31        $105.20        $315.22
         FEB       28        $244.02        $116.03
         MAR       31        $214.11        $194.05
         APR       30        $240.05        $220.70
         MAY       31        $226.73        $312.96
         JUN       30        $253.65        $193.03
         JUL       31        $215.20        $70.46
         AUG       31        $194.55        $0.00
         SEP       30        $194.55        $0.00
         OCT       31        $194.55        $0.00
         NOV       30        $194.55        $0.00
         DEC        1        $194.55        $0.00
```

ACCBF COMMUNITY BASED FACILITY
INMATE REQUEST SLIP

NAME: Dudly Nixon III
DATE: 7-15-07
AIS: 182482
BED: L-T-A

CIRCLE ITEM THAT YOU HAVE A REQUEST ABOUT

EXTRA MONEY DRAW    SHOPPING    SEND MONEY HOME    PMOD
REGULAR DRAW    MEDICAL    PASS    FURLOUGH
(OTHER)    TRANSFER    VISITATION    CLOTHING
    CITATION    DISCIPLINARY

TO: Accounting/Business Office

REQUEST: I STILL NEED THE COPY OF MY ACCOUNT FOR THE PAST YEAR, TO COMPLY WITH A COURT ORDER; THIS BEING MY FOURTH REQUEST FOR SAME, WILL YOU PLEASE FORWARD ONE TO ME SOON. Thank you

RESPONSE: Done By [signature] 20 July 07

TOTAL DRAW AMOUNT: $
APPROVED ____    DENIED ____

ACCBF WARDEN/DESIGNEE

ALEXANDER CITY COMMUNITY BASED
INMATE REQUEST SLIP

NAME: GRADY NIXON III

DATE: 2 JULY 07    AIS 182482

RECEIVED
BFD
2007 JUL 24 A 9:56

CIRLE ITEM THAT YOU HAVE A REQUEST ABOUT

EXTRA MONEY DRAW    SHOPPING    SEND MONEY HOME    (PMOD)
REGULAR DRAW    MEDICAL    PASS    
(OTHER)    TRANSFER    VISITATION    CLOTHING
CITATION    DISCIPLINARY

TO: BUSINESS MANAGER/ACCOUNTING

REQUEST:
Respectfully Request that a copy of my account reflecting the past 6 montas by forwarded to me and that it be expidited so as to meet a dead-line as set by the court a copy of order was mailed to this facility around 6/19/07. Thanking you in advance

RESPONSE: FINI

Returned
30 July 07
[signature]

TOTAL DRAW AMOUNT: $

APPROVED:                    DENIED:

ACCBF WARDEN/DESIGNEE            DATE

ALEXANDER CITY COMMUNITY BASED FACILITY
INMATE REQUEST SLIP

NAME: Geady Nixon III

DATE: 2 July 07     AIS 182482     BED

CIRCLE ITEM THAT YOU HAVE A REQUEST ABOUT

EXTRA MONEY DRAW    SHOPPING    SEND-MONEY HOME    PMOD
REGULAR DRAW    MEDICAL    PASS    FURLOUGH
OTHER    TRANSFER    VISITATION    CLOTHING
    CITATION    DISCIPLINARY

TO: _____

REQUEST:
Request that attached copy be returned
Thanking you in advance

Fini

RESPONSE:

TOTAL DRAW AMOUNT: $

APPROVED: _____   DENIED: _____

ACCBF WARDEN/DESIGNEE          DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GRADY NIXON III, #182 482 | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-517-WKW |
| COMMISSIONER RICHARD ALLEN *et al.*, | * | |
| Defendants. | * | |

## ORDER

Plaintiff, an inmate incarcerated at the Alex City Work Release in Alex City, Alabama, filed this 42 U.S.C. § 1983 action on June 12, 2007. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted any information regarding his inmate account.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before July 2, 2007 Plaintiff shall submit an inmate account statement

*[handwritten annotations: "NOTARY NOTARY off on SUNDAYS NOTARY"]*

reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk at the Alex City Work Release.

Done, this 18th day of June 2007.

                    /s/ Terry F. Moorer  
                    TERRY F. MOOER  
                    UNITED STATES MAGISTRATE JUDGE

Mr. Grady Nixon III
10x 482
P.O. Drawer 160
Alex. City, AL 35011

MONTGOMERY AL 361
23 JUL 2007 PM 1 L

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711