IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GRADY NIXON, III
PLAINTIFF,

V.

COMMISSIONER RICHARD ALLEN
et. al.,
DEFENDANTS.

3:07-CV-517-WKW
(WO)

## MOTION FOR EXTENTION OF TIME TO FILE AMENDMENT

Comes now the Plaintiff in the above styled case and respectfully request and extention to file the court ordered extention dated Aug. 22 2007, in that Plaintiff only recieved order from Department of Corrections approx., one week ago, and since starting work at the work-release center, Plaintiffs' time has not allowed him to access certain personel, and/or information that is only allowed by officials during a certain time of day; also Plaintiff respectfully request that the court assist in this matter either by; appointment of legal counsel and/or copies of 42 U.S.C. § 1983 - Local Rule 9.1.

Plaintiff further certifies that a copy of this motion has been forwarded to named defendants by placing same in U.S. Mail.

This certifies also that above is true to the best of my knowledge:

Done this 31st day of August, 2007

GRADY NIXON III
RESPECTFULLY SUBMITTED

Mr. Grady Nixon III
182482
P.O. Deauser 160
Alexander City, AL 35011

MA

MONTGOMERY AL 351
05 SEP 2007 PM 1 L

USA FIRSTCLASS FOREVER

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101+0711