IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

GRADY NIXON III # 182-482
PLAINTIFF

v.

COMMISSIONER RICHARD ALLEN
et al.
DEFENDANTS.

3:07-CV-517-WKW

(WO)

RECEIVED 2007 SEP 24 A 11: [illegible] DEBRA P. HACKETT, C. U.S. DISTRICT COURT MIDDLE DISTRICT ALA

---

## REFERENCE TO AND/OR AMENDMENT TO COMPLAINT

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND IN AN ATTEMPT TO SATISFY THIS HONORABLE COURTS ORDER, FOR PLAINTIFF TO PROPERLY COMPLY WITH THE DIRECTIVES CONTAINE IN SAID ORDER.

THE CLERK OF THE COURT WAS DIRECTED TO FURNISH PLAINTIFF WITH A _FORM_ FOR USE IN FILING A COMPLAINT PURSUANT TO 42 U.S.C. § 1983;

HOWEVER SAID FORM HAS NOT REACHED PLAINTIFF TO THIS DATE, AND WITHOUT SAID FORMS THAT COURT ORDERED CLERK TO FORWARD PLAINTIFF IS AFRAID TO OFFER ANY SUCH AMENDED INFORMATION, FOR FEAR OF THE COURT REJECTION.

THEREFORE WITH THE COURTS PERMISSION PLAINTIFF RESPECTFULLY REQUEST THAT PROPER FORMS BE FORWARDED AND TIME BE ALLOWED TO PROPERLY COMPLY.

RESPECTFULLY SUBMITTED

_[signature]_ FOR

MR. GRADY NIXON III

CC: JEFF HOWE ATT.
    FILE
    HOME FILE

Mr. Grady Nixon III
185482
P.O. Drawer 160
Alexander City, AL 35011

MONTGOMERY AL 361
18 SEP 2007 PM 2 T

36101+0711

Honorable
Terry F. Moorer
United States Magistrate Judge
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711