IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GRADY NIXON III, #182 482        *

    Plaintiff,                *

    v.                        *        3:07-CV-517-WKW

COMMISSIONER RICHARD ALLEN       *
*et al.*,
    Defendants.              *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's second Motion for Extension of Time to comply with the court's order entered August 22, 2007, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 11) is GRANTED;

2. Plaintiff is GRANTED an extension from September 21, 20007 to October 4, 2007 to file his amended complaint in accordance with the court's August 22, 2007 order.

The Clerk is DIRECTED to furnish Plaintiff with a form for use in filing a complaint under 42 U.S.C. § 1983.

Done, this 25th day of September 2007.

                            /s/ Terry F. Moorer
                            TERRY F. MOORER
                            UNITED STATES MAGISTRATE JUDGE