M/D 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

*Grady Nixon III* )
*Full name and prison name of* )
Plaintiff(s) *#182482* )
)
v. )
)
*Commissioner* )
)
*Richard Allen* )
)
*et. Al.* )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED

2007 OCT 11  A 9:50

CIVIL ACTION NO. *3:07-CV-517-WKW*
(To be supplied by Clerk of U.S. District *(WO)*
Court)

I.    PREVIOUS LAWSUITS
   A.    Have you begun other lawsuits in state or federal court dealing with the same or
         similar facts involved in this action?  YES ☒  No ☐

   B.    Have you begun other lawsuits in state or federal court relating to your
         imprisonment?        YES ☐        NO ☒

   C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
         is more than one lawsuit, describe the additional lawsuits on another piece of paper,
         using the same outline.)

         1.    Parties to this previous lawsuit:

               Plaintiff(s) *THIS ACTION IS AN AMENDMENT*
               *TO ABOVE CIVIL ACTION AS ORDERED*

               Defendant(s) *Commissioner Richard Allen et. al.*

         2.    Court (if federal court, name the district; if state court, name the county)

               *MIDDLE DISTRICT OF ALABAMA*

3. Docket number _____ # 8-1 _____

4. Name of judge to whom case was assigned _TERRY F. MOORER_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _STILL PENDING_

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT _ALEXANDER CITY WORK RELEASE_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _ALEXANDER CITY WORK RELEASE_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Commissioner Richard Allen | 301 Ripley St |
| 2. Nursing Staff Names Supplied Upon Request or Can | |
| 3. Maxor Correctional Pharmacy Services | |
| 4. 416 Mary Lindsey Polk Drive Suite 515 | |
| 5. Franklin, TN 37067 | |
| 6. Dr.s Name and Address to be Supplied Upon Request | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _August 11, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _CRUEL AND UNUSUAL PUNISHMENT_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

PLANTIFF WAS GIVEN MEDICATION THAT WAS PACKAGED AND LABLED WRONG.

OUT OF FEAR OF RETAILIATION BY PRISON STAFF PLAINTIFF IS AFRAID TO SUPPLY NAMES ONLY IF DEMAND

GROUND TWO: A 4TH 6TH 14TH 18TH MARK OF THE CONSTITUTIONAL AMENDMENT

SUPPORTING FACTS: AFTER TAKING SAID MEDICACION PLANTIFF FELL IN LATRINE/SHOWER PASSING OUT AND STRIKING HEAD ON FLOOR INJURING BACK, HEAD, SHOULDER AND HIP.

GROUND THREE: Violated 4TH 6TH 8TH AND 16TH AMENDMEND

SUPPORTING FACTS: PLANTIFF HAS BEEN SCARER BODILY AND MENTALY AFRAID TO TAKE MEDICATIONS ANDOR PILL AND SHOTS BECAUSE OF THIS ERROR, HAVING PAINS AND ON AGAIN OFF AGAIN SORENESS IN BACK, HEAD AND SHOLDER.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

ORDER DEFENDANTS TO PAY $50,000⁰⁰ EACH GROUND VIOLATED AND AFFORD PLAINTIFF MEDICAL CARE FOR ANY FUTURE PAIN AND OR SUFFERING

Grady Nixon III
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 OCT 2007    .
                (Date)

Grady Nixon III
Signature of plaintiff(s)

Mr. Gary Nixon III
182,142
P.O. Drawer 160
Alex-City, AL. 35011

MONTGOMERY AL 361

10 OCT 2007 PM 1 L

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101~0711