IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GRADY NIXON III, #182 482           *

    Plaintiff,                              *

v.                                              *       3:07-CV-517-WKW

COMMISSIONER RICHARD ALLEN *
*et al.*,
    Defendants.                          *

_____

**ORDER**

As directed by order entered August 22, 2007, Plaintiff has submitted an amended complaint. Upon review of the amended complaint, however, the court finds that it fails to comply with the specific directives contained in the court's August 22 order. That is, Plaintiff names Commissioner Richard Allen and Max Correctional Pharmacy Services as defendants but his amended complaint fails to identify specific claims relative to actions taken against him by these defendants, fails to describe with clarity those factual allegations that are material to each specific count against these defendants, and fails to describe how these defendants violated *his* constitutional rights. In addition, Plaintiff names in his amended complaint "nursing staff" and "Dr.s" as defendants which fails to comply with the directive in the August 22 order that he specifically identify each of the named defendants.

In light of the deficiencies with Plaintiff's amended complaint, the court shall grant him an additional opportunity to file a supplement to his amended complaint which complies

<u>in full</u> with the directives contained in the court's August 22 order and as reiterated in the instant order.

Accordingly, it is

ORDERED that on or before October 29, 2007 Plaintiff file a supplement to the amended complaint in compliance with the directives contained in this order. Plaintiff is advised that his failure to properly comply with the instant order will result in a Recommendation that this action be dismissed without further notice from the court.

Done, this 15th day of October 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE