IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAM
EASTERN DIVISION

GRADY NIXON III 182482
   PLAINTIFF

V.

3:07-CV-517-WKW

COMMISSIONER RICHARD ALLEN
et al.
   DEFENDANTS

PLAINTIFF ANSWER AND/OR AMENDED COMPLAINT
AND
MOTION FOR ORDER TO RELEASE MEDICAL FILES

Comes Now the Plaintiff in the above styled cause, and respectfully request and move this Honorable Court for an order compelling the Alabama Dept. of Corrections to forward to said Plaintiff any and all medical records from April 2007 to present.

That in an effort to comply with the courts order to the specific directives these records are needed to identify specific factual allegations that are material to each count against defendants.

However in an effort to correct deficiencies Plaintiff is prepared to name Nurse Harrell, formerly assigned to Alexander City Work-Release, Drs. T Traves, VO V. Lockhart PA/ other doctors names not readable on communications forms which is why medical records are needed and/or the names of practicing physicians with medical contractor... and include B. Adams CRN P/ also

Page 1 of 2

PETITIONE IS FAITHFULLY ATTEMPTING TO SATISFY THE COURTS AND FULLY COMPLY WITH COURT ORDERED AMENDMENT TO ORIGINAL COMPLAINT, HOWEVER DUE TO LIMITED ACCESS RECORDS AND PERSONAL INVOLVED IN PLAINTIFFS INJURIES, IT IS NECESSAR FOR PLAINTIF TO REQUIRE ADDITIONAL TIME AND FILES.

RESPECTFULLY SUBMITED

_Grody Nixon III_
PLAINTIFF

_[signature]_
For Witness

DECLARATION;

UNDER PENALITY PLANTIFF ATTEST THAT THE FORGOING IS TRUE.

_Grody Nixon III_
PLAINTIFF

_[signature]_
For Witness

FROM: Mr. Grady Nixon III
182482
P.O. Drawer 160
Alexander City, AL. 35011

MONTGOMERY AL 361
29 OCT 2007 PM 1 T

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711