IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GRADY NIXON III, #182 482,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-517-WKW |
| | ) |
| **COMMISSIONER RICHARD ALLEN,** | ) |
| *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 17) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. This case, filed under 42 U. S. C. § 1983, is DISMISSED without prejudice for plaintiff's failures to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 21st day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE